IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARLEY-DAVIDSON CREDIT CORP., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3094 |
| V. | ) ) ) | |
| ELWORTHS' HARLEY-DAVIDSON SALES & SERVICE, INC., GREG ELWORTH, and MARY JO ELWORTH, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Upon consideration of the motion and amended motion for temporary restraining order and injunction (filings 2 and 8),

IT IS ORDERED that:

(1) A hearing on said motions will be conducted on Wednesday, May 26, 2010, at 2:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2) The plaintiff shall give notice to the defendants of said hearing by serving a copy of this order on defendants at least one day prior to the aforementioned hearing date.

DATED this 20th day of May, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge