IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARLEY-DAVIDSON CREDIT CORP.<br>Plaintiff,<br><br>v.<br><br>ELWORTHS' HARLEY-DAVIDSON SALES & SERVICE, INC., GREG ELWORTH, and MARY JO ELWORTH.<br><br>Defendants. | Case No.   4:10-cv-03094 |

## **TEMPORARY RESTRAINING ORDER**

On the 26th day of May, 2010, this matter came on before the Court on the Motion (Filing 2) and the Amended Motion (Filing No. 8) of Plaintiff, Harley-Davidson Credit Corp. ("Plaintiff"), for a Temporary Restraining Order (the "Motion"). The Plaintiff appeared by Trev E. Peterson and Katherine S. Vogel, its attorneys and the Defendants by James F. Cann, their attorney. Due and proper notice having been given to Defendants Elworths' Harley-Davison Sales & Service, Inc.; Greg Elworth and Mary Jo Elworth (collectively the "Defendants"); and the Court being otherwise duly advised in the premises finds that;

1. Defendants have admitted to having possession of the following eighteen motorcycles:

| Year | Model | VIN Number |
|---|---|---|
| 2008 | XL1200L | 1HD1CX3418K406533 |
| 2008 | FLSTN | 1HD1JD5478Y049387 |
| 2009 | FXSTSSE3 | 1HD1PT9159Y957167 |
| 2010 | FLTRX | 1HD1KH410AB604412 |
| 2008 | FLHTCU | 1HD1FC4128Y686917 |

| | | |
|---|---|---|
| 2008 | XL1200N | 1HD1CZ3188K452216 |
| 2008 | XL1200N | 1HD1CZ3108K459919 |
| 2008 | FXSTC | 1HD1JL5418Y029520 |
| 2010 | FXSTC | 1HD1JL516AB013215 |
| 2010 | XL1200C | 1HD1CT316AC402637 |
| 2010 | XL883N | 1HD4LE218AC400642 |
| 2009 | FXDB | 1HD1GX4199K316556 |
| 2009 | FLHRC | 1HD1FR4129Y685299 |
| 2010 | FLHRC | 1HD1FR412AB603983 |
| 2010 | FLSTC | 1HD1BW51XAB013328 |
| 2010 | FLSTSB | 1HD1JM51XAB010484 |
| 2010 | XL1200C | 1HD1CT318AC400663 |
| 2010 | XL1200N | 1HD1CZ310AC401468 |

(the "Motorcycles").  The Defendants shall promptly surrender possession of the Motorcycles to Plaintiff's representatives.

2. The Defendants shall not further encumber their physical assets.

3. That at the request of the Plaintiff, the Court will set a hearing on a Preliminary Injunction at a time mutually convenient for the Court, and the parties.

IT IS HEREBY ORDERED THAT:

1. The Defendants shall surrender the Motorcycles to the Plaintiff's representatives.

2. The Defendants shall not further encumber their physical assets.

- 3 -

3.	That the Court will schedule a hearing on a Preliminary Injunction at a mutually convenient time upon the request of the Plaintiff.

Dated:  May  27th , 2010.

BY THE COURT:

s/Richard G. Kopf

Richard G. Kopf
United States District Judge

```
The motions(filings 2 and 8) are granted in part, denied in part and in
part held in abeyance.   RGK
```