IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARLEY-DAVIDSON CREDIT CORP., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3094 |
| v. | ) ) | |
| ELWORTHS' HARLEY-DAVIDSON SALES & SERVICE, INC., GREG ELWORTH, and MARY JO ELWORTH, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1. The motion of counsel for the defendants to withdraw, filing no.32, is granted, effective upon the filing of a certificate of service or affidavit indicating that the defendants have been served with a copy of this order.

2. Corporations may not proceed *pro se.* Therefore the defendant, Elworths' Harley-Davidson Sales & Service, Inc., is given until August 13, 2010 in which to obtain the services of substitute counsel and have that attorney file an appearance on its behalf.

3. Defendants Greg Elworth and Mary Jo Elworth are given until August 13, 2010 in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in their behalf; or (2) indicate, by pleading, that they will litigate this case and their defenses without counsel.

DATED this 13th day of July, 2010.

s/ *Cheryl R. Zwart*
United States Magistrate Judge