IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARLEY-DAVIDSON CREDIT CORP., | ) ) ) | |
| Plaintiff, | ) ) | 4:10CV3094 |
| V. | ) ) | |
| ELWORTHS' HARLEY-DAVIDSON SALES & SERVICE, INC., GREG ELWORTH, and MARY JO ELWORTH, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The records of the court show that on May 20, 2010, (Filing No. 13), a letter was sent to attorney Alexander Terras from the Office of the Clerk directing that he register for admission to practice in this court, as required by NEGenR 1.7(d), and that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of July 19, 2010, the attorney has not complied with the requests set forth in the letter from the Office of the Clerk.

IT THEREFORE HEREBY IS ORDERED,

On or before August 2, 2010 Attorney Alexander Terras shall register for admission to practice in this court and shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

Dated this 19th day of July, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge