IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARLEY-DAVIDSON CREDIT CORP., | ) | 4:10CV3094 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| ELWORTHS' HARLEY-DAVIDSON | ) | |
| SALES & SERVICE, INC.; GREG | ) | |
| ELWORTH; and MARY JO ELWORTH, | ) | |
| | ) | |
| Defendants. | ) | |

The court is in receipt of a letter from Greg Elworth (filing 58), which I construe as a motion to set aside the default that was entered against the defendants on February 28, 2011 (filings 56, 57). *See* Fed.R.Civ.P. 55(c).  Consequently,

IT IS ORDERED:

(1)   The plaintiff shall have 14 days to respond to the defendant's motion to set aside entry of default (filing 58).  The defendants shall have 7 days thereafter to reply.

(2)   Hearing on the plaintiff's motion for a default judgment, currently scheduled for March 23, 2011 (see filing 56), is continued until further order of the court.

(3)   The clerk shall mail a copy of this memorandum and order to the defendants at the following addresses:

>Elworths' Harley-Davidson Sales & Service, Inc.
>2311 Riverside Blvd.
>Norfolk, NE 68701

>Gregory J. Elworth
>101 East Street
>Hoskins, NE 68740

Mary Jo Elworth
514 Lincoln St.
Norfolk, NE 68701

Mary Jo Elworth
c/o Jan Einspahr, Attorney
601 S. 13th
P. O. Box 402
Norfolk, NE 68701

DATED this 11th day of March, 2011.

                                              BY THE COURT:

                                              *Richard G. Kopf*
                                              United States District Judge